# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUNDIN, | ) NO. CV 06-1271-ABC (MAN) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATIONS OF |
| v. | ) OF UNITED STATES MAGISTRATE |
| S. KERNAN, WARDEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that federal habeas relief is denied and Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
the Judgment herein on the parties.

         LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 25, 2011

                                        *[signature: Audrey B. Collins]*
                                        _____
                                             AUDREY B. COLLINS
                                        CHIEF UNITED STATES DISTRICT JUDGE