**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LUNDIN, | ) NO. CV 06-1271-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| S. KERNAN, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 25, 2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE